UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLETTE BELL,<br><br>    Plaintiff,<br><br>    v.<br><br>PUBLIC HEALTH INSTITUTE,<br><br>    Defendant. | Case No. 24-cv-04336-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND**<br><br>Re: ECF No. 11 |

The Court has reviewed Magistrate Judge Donna M. Ryu's report and recommendation, ECF No. 13, to dismiss Plaintiff Shellette Bell's amended complaint without leave to amend, ECF No. 11. Bell was served the report and recommendation via First Class Mail on May 13, 2025. ECF No. 13. Bell filed an objection to the report and recommendation on May 27, 2025. ECF No. 16.

Having reviewed Bell's objection and Judge Ryu's report and recommendation, the Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Bell raises a proposed second amendment to her complaint in her objection—adding federal claims under Title VII of the Civil Rights Act of 1964 and "trafficking-related civil rights violations, discriminatory retaliation, and a pattern of coercion and abuse of power by defendants." ECF No. 16 at 2. But her proposed amendments do not rescue the fundamental flaw with her complaint—a lack of sufficient factual allegations beyond those that are "wholly fanciful" to tie the defendants to any liability. Bell's amended complaint, ECF No. 11, is thus dismissed without leave to amend for failure to state a claim and lack of subject matter jurisdiction.

/ / /

/ / /

1   The Clerk shall enter judgment and close the file.

2   **IT IS SO ORDERED.**

3   Dated: June 11, 2025



JON S. TIGAR
United States District Judge